**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-CV-20-RLV-DSC**

| | |
|---|---|
| PRECISION COMPONENTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> G & L MANUFACTURING, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) for Richard Garner Sanders, Jr., filed February 10, 2011. Mr. Sanders seeks to appear as counsel *pro hac vice* for Defendant G & L Manufacturing, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Sanders is admitted to appear before this Court *pro hac vice* on behalf of Defendant G & L Manufacturing, Inc.

**SO ORDERED**.

Signed: February 10, 2011

_____
David S. Cayer
United States Magistrate Judge