# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cv20

| | |
|---|---|
| PRECISION COMPONENTS, INC., | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| G & L MANUFACTURING, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the November 21, 2011, Report of the Mediator indicating that this action has been completely resolved. Review of the court docket reveals that despite the passage of 30 days, no Rule 41 stipulation of dismissal has been filed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of Dismissal not later than January13, 2012. Absent such filing or other action to move the case forward, this action will be dismissed upon the court's motion after that date.

Signed: December 29, 2011

Max O. Cogburn Jr.
United States District Judge

-1-